IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGINA R. DUGGS, et al.,<br><br>  Plaintiffs,<br>v.<br><br>JAMES EARL EBY,<br><br>  Defendants.<br>_____/ | Case No. C 14-03734 RS<br><br>**ORDER RE NOTICE AND BRIEFING ON MOTION FOR TEMPORARY RESTRAINING ORDER** |

Good cause appearing, it is ordered:

1. Plaintiffs shall forthwith make all reasonable efforts to provide notice of their application for a temporary restraining order, by providing a copy of the application and of this order to defendant James Earl Eby, either directly or through any counsel known to be representing him in connection with this matter.

2. No later than noon on Tuesday, August 26, 2014, plaintiffs shall file a declaration setting out the efforts they made to provide such notice, including information as to when and if defendant or his counsel received actual notice.

3. Defendant shall submit any opposition he may have to the issuance of a temporary restraining order no later than noon on Wednesday, August 27, 2014.  The parties should be prepared to appear for hearing at 3:00 p.m. on August 27, 2014 in Courtroom 3, Seventeenth Floor, 450 Golden Gate Avenue, San Francisco, CA.  The matter may, however, be submitted without hearing, in which case the parties will be advised that appearances are not required.

1  IT IS SO ORDERED.

3  Dated: 8/25/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE