**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 SAN FRANCISCO DIVISION

10

11 GEORGINA R. DUGGS, et al.,                     Case No. C 14-03734 RS

Plaintiffs,

12 v.                                                                **ORDER CONTINUE BRIEFING AND**
**POTENTIAL HEARING ON MOTION**
13 JAMES EARL EBY,                                      **FOR TEMPORARY RESTRAINING**
**ORDER**
14 Defendants.

15 _____/

16         At the request of the moving parties, the deadline for any opposition to the application for a

17 temporary restraining order is continued to August 29, 2014. The parties should be prepared to

18 appear for hearing at 1:30 p.m. on September 3, 2014 in Courtroom 3, Seventeenth Floor, 450

19 Golden Gate Avenue, San Francisco, CA.  The matter may, however, be submitted without hearing,

20 in which case the parties will be advised that appearances are not required.

21

22 IT IS SO ORDERED.

23

24 Dated:  8/26/14

25

26                                                  _____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

27

28