UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge: RICHARD SEEBORG**

**Date**: September 15, 2014

**Case No:** C 14-03734 RS

**Case Title**: Georgina Duggs, et al., v. James Earl Eby

**Appearances:**

    For Plaintiff(s): Nicholas Peterson, Guy Kornblum

    For Defendant(s): David Beitchman, Andre Boniadi

**Deputy Clerk**: Corinne Lew      **Court Reporter**: Belle Ball
**Time in Court:** 1 hour

## PROCEEDINGS

Preliminary Injunction Hearing Held.

## SUMMARY

Temporary Restraining Order remains in place pending a decision by the court.

MOTION/MATTER: ( ) Granted
                      ( ) Denied
                      ( ) Granted in part/Denied in part
                      **(X) Taken under submission**
                      ( ) Withdrawn/Off Calendar
                      () Continued to:

Order to be prepared by: ( ) Plaintiff    ( ) Defendant    **(X) Court**