KORNBLUM✦COCHRAN
KCEH
ERICKSON✦HARBISON
Kornblum Cochran Erickson Harbison, LLP, A Partnership of Professional Corporations and an Individual

GUY O. KORNBLUM (SBN 39974)
WALTER G. CRUMP (SBN 203743)
NICHOLAS J. PETERSON (SBN 287902)
TIMOTHY J. LEPORE (SBN 294247)
KORNBLUM, COCHRAN,
ERICKSON & HARBISON, LLP
1388 Sutter St., Suite 820
San Francisco, CA 94109
Telephone: (415) 440-7800
Facsimile:  (415) 440-7898

GEORGINA R. DUGGS, Individually and
as Trustee of the EDWARD & GEORGINA
DUGGS LIVING TRUST; ZANE DUGGS
and GEMMA DUGGS, minors, by
GEORGINA R. DUGGS, their natural guardian

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO**

| | |
|---|---|
| GEORGINA R. DUGGS, Individually and as Trustee of the EDWARD & GEORGINA DUGGS LIVING TRUST; ZANE DUGGS and GEMMA DUGGS, minors, by GEORGINA R. DUGGS, their natural guardian,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES EARL EBY,<br><br>Defendant. | **Case No.: 3:14-cv-03734-RS**<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE ADR DEADLINE AND CONTINUE CASE MANAGEMENT CONFERENCE** |

**RECITALS TO STIPULATION**

On August 18, 2014, Plaintiffs filed the above-reference suit against Defendant Mr. Eby alleging that, *inter alia*, Eby fraudulently obtained $1.25 Million in life insurance death benefit proceeds from a MetLife life insurance policy No. 210227420USU, issued by MetLife Investors USA Insurance to

1  insured, Mr. Edward L. Duggs, the late husband of Plaintiff Georgina R. Duggs via an improper and
2  illegal life settlement.
3      On September 10, 2014, Defendant filed their Motion to Dismiss Plaintiffs' Complaint for
4  Failure to State a Cause of Action (per FRCP 12(b)(6)).  *See* Dkt. #18.
5      On September 17, 2014, the Court referred the case to the Court's ADR department "for the
6  purposes of engaging in mediation to take place, ideally, within the next 90 days [*i.e.*, before December
7  12, 2014]."  *See* Dkt. #21.
8      On November 10, 2014, the Court issued a notice that Defendant's Motion to Dismiss shall be
9  submitted without oral argument, vacating the hearing set for November 13, 2014.
10     On November 24, 2014, the ADR Clerk issued a Notice Appointing Martin Quinn as Mediator.
11 *See* Dkt. #33.
12     On November 10, 2014, for reasons of the uncertainty of the matter due to Defendant's pending
13 Motion to Dismiss, the parties agreed to seek an extension of the ADR cut-off date.  As well, because of
14 the potential of a conflict of interest in using Mr. Quinn as a mediator, the parties agreed to request a
15 new mediator other than Mr. Quinn.
16     On November 10, 2014, the parties through Plaintiffs' counsel contacted Mr. Daniel Bowling,
17 the ADR Case Administrator for this matter, to request a new mediator.

## STIPULATION

Subject to the above recitals, all parties hereby stipulate to the following:

All Plaintiffs and Defendant, through their respective attorneys, herby stipulate and agree to enlarge the ADR deadline March 1, 2014 to allow the parties to find a new mediator and schedule a new mediation date before that time.

Further, all parties hereby stipulate to continue the Case Management Conference currently scheduled for December 18, 2014 to the next available court date, January 8, 2015.

**IT IS SO STIPULATED:**

Dated: December 11, 2014                                KORNBLUM, COCHRAN, ERICKSON
                                                        & HARBISON, LLP

                                                        /s/ Nicholas Peterson_____
                                                        NICHOLAS PETERSON, ESQ.
                                                        Counsel for Plaintiffs

Dated: December 11, 2014                                    BEITCHMAN & ZEKIAN, LLP

                                                            /s/ David P. Beitchman
                                                            DAVID P. BEITCHMAN, ESQ.
                                                            Counsel for Defendant

## ~~[PROPOSED]~~ ORDER

In light of the foregoing Stipulation and for good cause being shown therefore, IT IS HEREBY ORDERED that:

The ADR deadline for this matter shall be enlarged to **March 1, 2014**.

The Case Management Conference shall be continued to **January 8, 2015 at 10:00 a.m.**, in Courtroom 3, 17th Floor.

**IT IS SO ORDERED:**

Date: 12/12/14                                              _____
                                                            The Hon. Richard Seeborg
                                                            District Court Judge