David P. Beitchman, SBN 198953
dbeitchman@bzlegal.com
Andre Boniadi, SBN 266412
aboniadi@bzlegal.com
**BEITCHMAN & ZEKIAN, P.C.**
16130 Ventura Blvd., Suite 570
Encino, California, 91436
Telephone: (818) 986-9100
Facsimile: (818) 986-9119

*Attorneys for Defendant,*
JAMES EARL EBY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| GEORGINA R. DUGGS, Individually and as Trustee of the EDWARD & GEORGINA DUGGS LIVING TRUST; ZANE DUGGS and GEMMA DUGGS, minors, by GEORGINA R. DUGGS, their natural guardian<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES EARL EBY,<br><br>Defendant. | Case No.: 3:14-cv-03734-RS<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE INITIAL COMPLAINT BY TWO WEEKS**<br><br>**[Local Rule 6-1]**<br><br>Complaint Filed: August 18, 2014 |

Defendant JAMES EARL EBY ("Defendant") on the one hand, and Plaintiffs GEORGINA R. DUGGS, Individually and as Trustee of the EDWARD & GEORGINA DUGGS LIVING TRUST, ZANE DUGGS and GEMMA DUGGS, minors, by GEORGINA R. DUGGS, their natural guardian (collectively as "Plaintiffs"), on the other hand, hereby stipulate by and through their counsel of record to extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint by two weeks. The purpose of said extension is to preserve client resources

-1-
**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE INITIAL COMPLAINT BY TWO WEEKS**

in anticipation of a private mediation scheduled to take place on February 23, 2015.

The current response deadline is February 20, 2015. The new response deadline is March 6, 2015.

DATED: February 19, 2015          **BEITCHMAN & ZEKIAN, P.C.**

                                             By:   /s/ Andre Boniadi
                                                    David P. Beitchman,
                                                    Andre Boniadi,
                                                    *Attorneys for Defendant*

DATED: February 19, 2015          **KORNBLUM, COCHRAN,**
                                                        **ERICKSON & HARBISON, LLP**

                                            By:   /s/ Nicholas J. Peterson
                                                   Guy O. Kornblum,
                                                   Nicholas J. Peterson
                                                   *Attorneys for Plaintiffs*

**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE INITIAL COMPLAINT BY TWO WEEKS**