UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGINA R DUGGS, et al.,

    Plaintiffs,

    v.

JAMES EARL EBY,

    Defendant.

Case No. 14-cv-03734-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **May 26, 2015**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **May 28, 2015, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: March 25, 2015

_____
Richard Seeborg
United States District Judge