GUY O. KORNBLUM (SBN 39974)
WALTER G. CRUMP (SBN 203743)
NICHOLAS J. PETERSON (SBN 287902)
KORNBLUM, COCHRAN,
ERICKSON & HARBISON, LLP
1388 Sutter St., Suite 505
San Francisco, CA 94109
Telephone: (415) 440-7800
Facsimile:  (415) 440-7898

Attorneys for Plaintiffs, GEORGINA R. DUGGS, Individually and as Trustee of the EDWARD & GEORGINA DUGGS LIVING TRUST; ZANE DUGGS and GEMMA DUGGS, minors, by GEORGINA R. DUGGS, their natural guardian

DAVID P. BEITCHMAN (SBN 198953)
ANDRE BONIADI (SBN 266412)
BEITCHMAN & ZEKIAN, P.C.
16130 Ventura Blvd., Suite 570
Encino, CA  91436
Telephone: (818) 986-9100
Facsimile: (818) 986-9119

Attorneys for Defendant, JAMES EARL EBY.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| GEORGINA R. DUGGS, Individually and as Trustee of the EDWARD & GEORGINA DUGGS LIVING TRUST; ZANE DUGGS and GEMMA DUGGS, minors, by GEORGINA R. DU their natural guardian,<br><br>            Plaintiffs,<br><br>    v.<br><br>JAMES EARL EBY,<br><br>            Defendant. | **Case No.: 3:14-cv-03734-RS**<br><br>ORDER<br>**STIPULATION TO DISMISS WITH PREJUDICE FOLLOWING SETTLEMENT**<br><br>Complaint Filed: August 18, 2014 |

**IT IS HEREBY STIPULATED** between the parties:

1.      Effective, September 3, 2010, MetLife Investors USA Insurance Company ("Metlife") issued an insurance policy, No. 210 227 420 USU, on the life of Edward L. Duggs, Jr. ("Mr. Duggs"),

---

Stipulation for Dismissal and [Proposed Order] – *Duggs, et al. v. Eby*
**No. 3:14-cv-03734-RS**                                                                                                      0

1 the husband of Plaintiff GEORGINA DUGGS, with death benefits valued at $1,500,000 ("the Policy").

2. On January 5, 2013, during the last years of Mr. Duggs' life, Mr. Duggs entered into a purported transaction in California to sell the Policy to Defendant JAMES EARL EBY ("Defendant") in the form of a life settlement transaction ("the Life Settlement").

3. On January 25, 2013, pursuant to the Life Settlement, Mr. Duggs executed a purported "Life Insurance Absolute Assignment" form to make Defendant the sole beneficiary of the Policy (hereinafter, the "Change of Beneficiary Form").

4. Mr. Duggs passed away on December 8, 2013.

5. On August 18, 2014, Plaintiffs in this matter filed a Complaint against Defendant asserting claims for declaratory relief; statutory fraud and common law fraud; financial abuse of a dependent adult; breach of fiduciary duty; rescission; unfair competition and constructive trust, all related to the Life Settlement and Change of Beneficiary Form.

6. As noted by the Court in its rulings dated October 8, 2014 and February 5, 2015, and as now stipulated to by all parties in this action, since the attempted Life Settlement transaction did not abide by the requirements of California Insurance Code sections 10113.1-10113.3, the Life Settlement is deemed void *ab initio* as of the date of the attempted transaction of January 5, 2013. Further, the Change of Beneficiary Form dated January 25, 2013, is invalidated.

7. Plaintiffs GEORGINA R. DUGGS, Individually and as Trustee of the EDWARD & GEORGINA DUGGS LIVING TRUST; ZANE DUGGS and GEMMA DUGGS, minors, by GEORGINA R. DUGGS, their natural guardian ("Plaintiffs"), and Defendant reached a tentative settlement agreement on or about March 19, 2015, signed and executed in a written agreement on April 14, 2015;

7. The parties fully performed their settlement agreement on April 16, 2015.

8. Therefore, Plaintiffs and Defendant hereby stipulate that this matter may be dismissed with prejudice, with all parties bearing their own costs and attorney's fees.

///

///

///

Stipulation for Dismissal and [Proposed Order] – *Duggs, et al. v. Eby*
**No. 3:14-cv-03734-RS**                                                                                                      1

| | | |
|---|---|---|
| 1 | DATED: May 1, 2015 | KORNBLUM, COCHRAN, |
| 2 | | ERICKSON & HARBISON, LLP |
| 3 | | /s/ Nicholas J. Peterson |
| | | Nicholas J. Peterson, #287902 |
| 4 | | Attorneys for Plaintiffs |
| 5 | DATED: May 1, 2015 | BEITCHMAN & ZEKIAN, P.C. |
| 6 | | |
| 7 | | /s/Andre Boniadi |
| | | Andre Boniadi, #266412 |
| | | Attorneys for Defendant |

Stipulation for Dismissal and [Proposed Order] – *Duggs, et al. v. Eby*
**No. 3:14-cv-03734-RS**     2

1  **[PROPOSED] ORDER**

2  In accordance with this stipulation of the parties, IT IS SO ORDERED that:

3  1. The attempted Life Settlement transaction between Edward L. Duggs, Jr. and Defendant for the sale of the MetLife Investors USA Insurance Company insurance policy, No. 210 227 420 USU, on the life of Edward L. Duggs, Jr. is deemed ineffective and void *ab initio* from the date of execution of January 5, 2013;

4  2. The attempted change of beneficiary for the MetLife Policy to Defendant is invalid and ineffective as part and parcel of the void Life Settlement; and

5  3. This action is dismissed with prejudice. Each party will bear their own attorney's fees and costs.

Dated: 5/4/15

_____
RICHARD SEEBORG
United States District Court Judge